# First District Court of Appeal
## State of Florida

_____

No. 1D18-1584

_____

AIRRECK WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

October 11, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Airreck White, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.